FILED

FEB 13 2020

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. S3-4:18-cr-00392-CDP-2 |
| ) | |
| SAMUEL MARION SMITH, JR., ) | |
| ) | |
| Defendant. ) | |

## THIRD SUPERSEDING INDICTMENT

### COUNT I

The Grand Jury charges that:

1. That Samuel Marion Smith, Jr., was convicted of Criminal Sexual Conduct, Third Degree (Person Thirteen through Fifteen), on December 17, 1996, in the 38th Circuit Court, Monroe County, Michigan.

2. In or around July 2017, in the Eastern District of Missouri, and elsewhere,

**SAMUEL MARION SMITH, JR.,**

the defendant herein, acting together with Lisa M. Baumann, traveled in interstate commerce to the Eastern District of Missouri, for the purpose of engaging in any illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(f)(1), with another person, that being, G.B., a minor under 16 years of age,

All in violation of Title 18, United States Code, Section 2423(b) and 2, and punishable under 18 United State Code, Sections 2423 and 2426.

1

## COUNT II

The Grand Jury further charges that:

1. That Samuel Marion Smith, Jr., was convicted of Criminal Sexual Conduct, Third Degree (Person Thirteen through Fifteen), on December 17, 1996, in the 38th Circuit Court, Monroe County, Michigan.

3. In or around July 2017, in the Eastern District of Missouri, and elsewhere,

**SAMUEL MARION SMITH, JR.,**

the defendant herein, committed the felony offense involving a minor charged on Count One of this Indictment and the defendant committed this offense at times when he was required to register as a sex offender under the laws of the State of Michigan,

In violation of Title 18, United States Code, Section 2260A.

A TRUE BILL.

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
ROBERT F. LIVERGOOD, #35432MO
Assistant United States Attorney