UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 4:18 CR 392 CDP-2 |
| SAMUEL MARION SMITH, ) | |
| Defendant. ) | |

## ORDER

**IT IS HEREBY ORDERED** that the **sentencing hearing** in this matter is **reset to Thursday, June 11, 2020, at 2:00 p.m.** before District Judge Catherine D. Perry. The hearing will take place by Zoom from the facility. Hearing participants received a separate email with a link to join the hearing by Zoom. Members of the general public who wish to listen in to the hearing are directed to call the following number to participate by phone:   1-669-254-5252, Meeting ID: 160 352 5390, Password: 387373. Pursuant to Local Rule 13.02, all means of photographing, recording, broadcasting, and televising are prohibited in any courtroom, and in areas adjacent to any courtroom, except when authorized by the presiding judge. This includes proceedings ordered by the Court to be conducted by phone or video.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 2nd day of June, 2020.